# Third District Court of Appeal

## State of Florida

Opinion filed November 13, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0440
Lower Tribunal No. 19-8406 CC
_____

**Velma Anne Ruth,**
Appellant,

vs.

**Warren Lubow, etc.,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Ayana Harris, Judge.

Marlene A. Watson, P.A., and Marlene Watson (Kissimmee), for appellant.

Warren Lubow, in proper person.

Before EMAS, LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed. See Brownlee v. 22nd Ave. Apts., LLC, 389 So. 3d 695 (Fla. 3d DCA 2024) (reiterating that once moving party meets its burden of showing no genuine dispute as to any material fact and that the movant is entitled to judgment as a matter of law, "it is incumbent upon the nonmoving party to come forward with evidentiary material demonstrating that a genuine issue of fact exists . . . .") (citation omitted); Pangilinan v. Broward Cty., 914 So. 2d 1094 (Fla. 4th DCA 2005)(holding no error in entering summary judgment in favor of movant where nonmovant submitted no counter-evidence until she filed her motion for rehearing) (citing Coffman Realty, Inc. v. Tosohatchee Game Preserve, Inc., 413 So. 2d 1 (Fla. 1982)); see also Umana v. Citizens Prop. Ins. Corp., 282 So. 3d 933, 935 (Fla. 3d DCA 2019) ("A trial court has the discretion to refuse to consider a counter-affidavit presented for the first time on a motion for rehearing of a summary judgment as being too late.") (quoting Knowles v. JPMorgan Chase Bank, N.A., 994 So. 2d 1218, 1219-20 (Fla. 2d DCA 2008)).